UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
May 18, 2005

No. 05-4506
CR-00-123

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

KAREEM SALABEAN DOUGLAS

    Defendant - Appellee

---------
O R D E R
---------

The Court appoints Marshall A. Swann of Charlotte, North Carolina as counsel for the appellee pursuant to the provisions of the Criminal Justice Act.

                              For the Court - By Direction

                              /s/ Patricia S. Connor
                              _____
                                        CLERK

Nunc Pro Tunc Date: 5/6/05

FILED
CHARLOTTE, N.C.
MAY 2 0 2005
U.S. DISTRICT COURT
W. DIST. OF N.C.